## 25491. LANCASTER v. THE STATE.

BROYLES, C. J. The defendant was convicted of simple larceny (cattle stealing). The evidence, while conflicting, authorized the verdict, and the court did not err in overruling the motion for new trial containing the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 7, 1936.

*H. A. Boykin,* for plaintiff in error.
*W. G. Neville, solicitor-general,* contra.

## 25494. GRAVITT v. THE STATE.

MacINTYRE, J. After the jury was impaneled to try the case, and after the State and the defendant introduced evidence, and after the defendant made his statement, before any argument of counsel, and before the jury was charged by the court, the defendant will be deemed to have waived formal arraignment. The court did not err in overruling a motion to direct a verdict of not guilty, on the ground "that no issue had been joined, and that the defendant had never been arraigned; nor had he waived his right of arraignment." *Reddick* v. *State,* 149 *Ga.* 822 (102 S. E. 347); *Bryans* v. *State,* 34 *Ga.* 323; *Hudson* v. *State,* 117 *Ga.* 704 (45 S. E. 66).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 7, 1936.

*J. H. Kirby,* for plaintiff in error.
*Herbert R. Edmondson, solicitor,* contra.